804, 805. WINN *v.* INGRAM, and *vice versa.*

POWELL, J. Principal and surety upon a replevy bond to a distress-warrant proceeding are joint obligors. As to the plaintiff's right to recover upon the distress warrant, the surety has no controversy with the plaintiff, severable from that of his principal; hence the surety can not, without joining his principal, maintain certiorari to correct alleged errors upon the trial which has resulted in a judgment against the defendant, and therefore also against his surety. *Harrell* v. *Marshall*, 125 *Ga.* 451 (54 S. E. 93); *Waldrop* v. *Wolff*, 114 *Ga.* 610, 620 (7), (40 S. E. 830); *Clark* v. *Blalock*, 114 *Ga.* 309 (40 S. E. 228); *Norris* v. *Pollard*, 75 *Ga.* 358. Section 4461 of the Civil Code is not applicable to certiorari cases, but applies to appeals only.

*Judgment reversed on the cross-bill of exceptions; main bill dismissed.*

Certiorari, from Houston superior court—Judge Felton. October 11, 1907.

Submitted January 20,—Decided February 14, 1908.

*C. E. Brunson,* for plaintiff. *H. A. Mathews,* for defendant.